UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 08-CR-20698-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSMANY RUIZ LINAREZ
    Defendant.
_____/

## ORDER PLACING DEFENDANT ON FUGITIVE STATUS

On July 31, 2008, an Indictment was returned for the above-named defendant, Osmany Ruiz Linarez. The defendant not having been arrested and more than 30 days having elapsed, the defendants are hereby transferred to fugitive status.

DONE AND ORDERED in Chambers at Miami, Florida this 11th day of September, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Marshal